## ROBERT HICKMAN v. STATE.

No. A-9167.   Feb. 5, 1937.
(65 Pac. [2d] 420.)

Champion, Champion & Fischl and John E. McCain, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of larceny, and his punishment fixed at two years in the state penitentiary.

The record in this case was filed in this court on June 30, 1936; no brief has been filed in support of plaintiff's assignment of errors. A careful examination of the record discloses no fundamental errors. The evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.